UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| WILLIAM F., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 4:21-cv-04082-SLD-JEH |
| KILOLO KIJAKAZI,[1] | ) ) ) |
| Defendant. | ) |

ORDER

Before the Court are Plaintiff William F.'s Motion for Summary Judgment, ECF No. 12, and the parties' Joint Stipulation to Remand, ECF No. 15. In the Joint Stipulation, the parties request that the Court reverse Defendant Kilolo Kijakazi's (the "Commissioner") decision denying William benefits and remand the cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing."

The parties agree that, upon remand, an administrative law judge will grant Plaintiff a new hearing to evaluate whether Plaintiff is able to perform his past relevant work or work that presently exists in the national economy. Stipulation 1.

As the Court finds the remand request appropriate, the Court—construing the Joint Stipulation as a motion to remand—GRANTS the motion, ECF No. 15, and the proposed remand instructions are adopted. In light of this ruling, William's Motion for Summary Judgment, ECF

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted for her predecessor.

No. 12, is MOOT.  Accordingly, the Commissioner's decision in this matter is REVERSED and the cause is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk is directed to enter judgment and close the case.

Entered this 16th day of December, 2021.

s/ Sara Darrow
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE
